**ALEX R. KESSEL, ESQ. (State Bar No. 110715)**
LAW OFFICES OF ALEX R. KESSEL
16542 Ventura Blvd.
Suite 305
Encino, California 91436
Telephone: 818-995-1422
Facsimile: 818-788-9408

Attorney for Defendant,
**ROUBEN KIRAKOSSIAN**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROUBEN KIRAKOSSIAN,<br><br>Defendant, | 2:04-CR-00177-GMN-(PAL)<br>2:13-cr-00009-GMN-PAL<br><br>STIPULATION TO CONTINUE<br><u>SENTENCING HEARING</u><br>(First Request) |

**IT IS HEREBY STIPULATED AND AGREED** between the UNITED STATES and defendant **ROUBEN KIRAKOSSIAN**, by and through their respective undersigned attorneys, that the Sentencing hearing, in the above-captioned case, set on April 12, 2013, should be vacated, and should be continued for a period of not less than thirty (30) days and reset at the convenience of the Court for a date on or after May 10, 2013. The parties offer the following grounds for the requested continuance.

1. On May 11, 2004, a grand jury of this Court returned an indictment in this case charging that defendant conspired with others to participate in a racketeering enterprise in violation of 18 U.S.C. § 1962(d), and that he conspired to, and did, commit access device fraud in violation of 18 U.S.C. § 1029 and 1962(d). These charges were subsequently re-alleged in a superseding indictment and second superseding indictment.

2. On January 7, 2013, defendant appeared before this honorable court for a change of plea. The parties reached a "global" plea agreement to resolve not only the pending charges, but also pending charges in the Central District of California.

3. The court thereafter set a Sentencing Hearing for April 12, 2013 at 10:30 a.m.

1

4. Defense Counsel is scheduled to be in a preliminary hearing on April 12, 2013, in People vs. Cody Widdes, Case No.: SCR623237, Department 3 of the Sonoma County Superior Court, Hall of Justice Courthouse. This is a driving under the influence with injury involving an elderly victim.

5. In addition, defense counsel is in the process of retrieving defendant's docket and other case information from his prior conviction in 2003 in Placer County Superior Court. The documents are needed to support an argument contesting the defendant's criminal history category as calculated in the Presentence Report. Three weeks are estimated for retrieval of the case information.

6. This request to continue the sentencing hearing does not invoke any provisions of the Speedy Trial Act.

7. Defense counsel has consulted with defendant regarding the requested continuance, and the defendant concurs with this request.

8. This is the parties' first stipulation to continue the sentencing hearing in this case.

WHEREFORE, the parties stipulate and request that the sentencing hearing in this case on April 12, 2013, should be vacated, continued and reset at the convenience of the Court for a date on or after May 10, 2013.

RESPECTFULLY SUBMITTED this 4th day of April 2013.

____/s/_____         ____/s/_____         _____
Alex R. Kessel              Don Green                 Timothy S. Vasquez
Counsel for Defendant       Local Counsel for Defendant   Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROUBEN KIRAKOSSIAN,<br><br>Defendant, | 2:13-cr-00009-GMN-PAL<br>2:04-CR-00177-GMN-(PAL)<br><br>ORDER |

The Court having read and considered the Stipulation and the reasons in support thereof for a continuance of the sentencing in the above matter,

**IT IS HEREBY ORDERED** that the current sentencing date on April 12, 2013, is vacated, and continued to ___May 16, 2013___, at the hour of _9:00AM_ in Courtroom # ___7D___.

**DATED** this 5th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge